

ORDERED in the Southern District of Florida on July 12, 2021.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

**ROBERT W. JERKLIN,**

    Debtor.
_____/

Case No. 0:17-bk-23451-PDR
Chapter 13

**AGREED ORDER CONTINUING HEARING**
**ON AMENDED MOTION TO COMPEL DEBTOR TO MODIFY**
**PLAN, OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE [D.E. 89]**

**THIS MATTER** came before the Court on the Chapter 13 Trustee's consent calendar on July 6, 2021 upon the Amended Motion to Compel Debtor to Modify Plan, or in the alternative, Motion to Dismiss Case (the "Motion to Compel")[D.E. 89] filed BSI Financial Services, as Servicing Agent for U.S. Bank, N.A. as Trustee of Bungalow Series F Trust. The Court noting that the parties are in agreement with the relief sought herein and being otherwise fully advised in

*Case No. 0:17-bk-23451-PDR*

the premises, finds it appropriate to enter an order continuing the hearing on the Motion to Compel. Accordingly, it is hereby

**ORDERED,** as follows:

1. The hearing on the Motion to Compel is continued to July 15, 2021 at 2:30 p.m. at U.S. Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Ft. Lauderdale, FL 33301. If this is to be heard on the regular motion calendar, beginning July 1, Judge Russin will be conducting hybrid hearings in person and via Zoom.

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely via Zoom Video Conference, which permits remote participation by video or telephone.

3. To participate through Zoom, participants must register in advance no later than 3:00 p.m. one business day before the hearing. To register for remote participation, use the following link:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

### ###

Submitted by:

**Melbalynn Fisher, Esq.**
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI │ BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 332162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

Attorney Melbalynn Fisher is directed to serve a conformed copy of this Order upon all interested parties and shall serve a Certificate of Service within three (3) days from the date of the Order.