

ORDERED in the Southern District of Florida on July 19, 2021.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

Case No. 0:17-bk-23451-PDR
Chapter 13

**ROBERT W. JERKLIN,**

    Debtor.
_____/

### ORDER DENYING AS MOOT AMENDED MOTION TO COMPEL DEBTOR TO MODIFY PLAN, OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE [D.E. 89]

**THIS MATTER** came before the Court on July 15, 2021 upon the Amended Motion to Compel Debtor to Modify Plan, or in the alternative, Motion to Dismiss (the "Motion to Compel") [D.E. 89]. The Court having reviewed the record, the Motion, being otherwise fully advised in the premises and based on the reasons stated on the record, it is hereby

**ORDERED,** as follows:

*Case No.: 6:18-bk-00014-ABB*

1. The Motion to Compel is **DENIED** as moot.

###

Submitted by:

**Melbalynn Fisher, Esq.**
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI │ BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 332162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

Attorney Melbalynn Fisher is directed to serve a conformed copy of this Order upon all interested parties and shall serve a Certificate of Service within three (3) days from the date of the Order.